IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| IAN WALKER, et al., | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:07cv635 |
| | ) | |
| S.W.I.F.T. SCRL, | ) | |
| Defendant. | ) | |

### ORDER

This matter is currently scheduled for a motions hearing at 10:00 a.m., Friday, August 17, 2007.

For good cause, and because the Court is engaged in an ongoing criminal proceeding,

It is hereby **ORDERED** that the hearing in this matter is **CONTINUED** until 2:00 p.m., Friday, August 31, 2007.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, VA
August 15, 2007

T. S. Ellis, III
United States District Judge